UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CURTIS WILLIAM NUSSEY                                                                 PLAINTIFF

V.                                      5:16CV00102 KGB/JTR

BRIAN SHADDOCK,
Jail Administrator, Dallas County Jail; and
STAN MAGHEE, Sheriff of Dallas County                                     DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received in the office of the United States District Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I.  Discussion

On May 11, 2016, the Court ordered Plaintiff, Curtis William Nussey, to file an Amended Complaint containing information necessary to complete screening required by 28 U.S.C. § 1915A.  *Doc. 4.* Importantly, the Court warned Plaintiff that if he did not do so by June 10, 2016, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]  *Id.*

As of the date of this Recommendation, Plaintiff has not complied with the May 11, 2016 Order, and the time for doing so has expired.[2]

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

[2] Plaintiff did not receive a copy of the May 11, 2016 Order because he was released from custody without providing the Clerk with an updated mailing address. *Doc. 5.*  However, prior to his release, Plaintiff received an Initial Order explaining his obligations under Local Rule 5.5(c)(2), and the consequences for failing to comply with that Rule. *Doc. 3.*

*forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 14th day of June, 2016.

                                                      */s/ J. Thomas Ray*
                                    UNITED STATES MAGISTRATE JUDGE