IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CURTIS WILLIAM NUSSEY**                                                  **PLAINTIFF**

v.                 Case No. 5:16-cv-00102-KGB/JTR

**BRIAN SHADDOCK,**
Jail Administrator, Dallas County Jail; and
**STAN MAGHEE,** Sheriff of Dallas County                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6). Accordingly, plaintiff Curtis William Nussey's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge