IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CURTIS WILLIAM NUSSEY                                        PLAINTIFF

v.                  Case No. 5:16-cv-00102-KGB/JTR

BRIAN SHADDOCK,
Jail Administrator, Dallas County Jail; and
STAN MAGHEE, Sheriff of Dallas County                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Curtis William Nussey's claims against Brian Shaddock and Stan Maghee are dismissed without prejudice (Dkt. No. 2).

So adjudged this the 19th day of January, 2018.

                                                 Kristine G. Baker
                                                 United States District Judge